**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*, | Case No. 23-10576 (TMH) |
| Debtors. | |
| GEORGE MILLER, in his capacity as Chapter & Trustee of Christmas Tree Shops, LLC, *et al.* | |
| Plaintiff, | Adv. Pro. No. 25-50842 (TMH) |
| ME CONSTRUCTION, INC. | |
| Defendant. | |

**MEDIATOR'S STATUS REPORT**

The Mediator, who the Court appointed by Order entered on November 19, 2025, certifies and reports as follows:

1.     The parties in the adversary proceeding and the mediator participated in an initial Scheduling Conference on January 13, 2026.  The parties briefly discussed the issues between the parties and a schedule for the mediation.  The mediator scheduled the mediation for February 12, 2026, with mediation statements to be provided one week before.  However, the mediator has been informed that date does not work for the parties, and is waiting to hear what dates would work.  In the meantime, the mediator has encouraged the parties to discuss settlement.

#375504217v1

2

Dated:  January 22, 2026
        Wilmington, Delaware

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201
brett.fallon@faegredrinker.com

*MEDIATOR*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 22nd day of January 2026, that he served the foregoing Mediator's Status Report upon the persons and entities of record by filing the document on CM/ECF and serving the parties' attorneys by email.

Dated: January 22, 2026                    */s/ Brett D. Fallon*
                                           Brett D. Fallon