**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al*.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-10576 (TMH) |
| GEORGE MILLER, in his capacity as Chapter &<br>Trustee of Christmas Tree Shops, LLC, *et al.*<br><br>    Plaintiff,<br><br>ME CONSTRUCTION, INC.<br><br>    Defendant. | Adv. Pro. No. 25-50842 (TMH) |

**MEDIATOR'S CERTIFICATION OF COMPLETION**

The Mediator, who the Court appointed by Order entered on November 19, 2025, certifies and reports as follows:

1.      The parties in the adversary proceeding and the mediator participated in an initial Scheduling Conference on January 13, 2026.  The parties briefly discussed the issues between the parties and a schedule for the mediation.

2.      The mediator scheduled the mediation for February 12, 2026, with mediation statements to be provided one week before.  The mediator was later informed that date did not work for the parties, and the mediation was rescheduled to March 24, 2026.   In the meantime, the mediator had encouraged the parties to discuss settlement.

376599640v1

3.    Prior to the due date of the mediation statements, the parties advised that the matter had settled. and the Debtor would file a Motion to Approve Compromise or Settlement Under Rule 9019.

4.    This now concludes the mediator's appointment in this matter.

Dated:  March 25, 2026
         Wilmington, Delaware

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201
brett.fallon@faegredrinker.com

*MEDIATOR*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this 25th day of March 2026, that he served the foregoing Mediator's Status Report upon the persons and entities of record by filing the document on CM/ECF and serving the parties' attorneys by email.

Dated: March 25, 2026                    */s/ Brett D. Fallon*
                                          Brett D. Fallon